**Order filed, December 3, 2019.**



### In The

### Fourteenth Court of Appeals
_____

### NO. 14-19-00902-CR
_____

### WILLIAM HALL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 248th District Court
Harris County, Texas
Trial Court Cause No. 1587846**

---

### ORDER

The reporter's record in this case was due December 2, 2019. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Louise Steckler, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Wise, Jewell and Poissant.